**EXHIBIT 2:** INFRINGEMENT
URL: https://www.patientadvocacybeyond.com/post/danger-in-your-pill-bottle



Kayoko 'Ky' Corbet · Feb 2, 2020 · 2 min read

## Danger in your pill bottle! 😨



Lately, I've noticed similar stories and reports popping up in various places... Pharmacists working in drugstores complaining about their high workload and pressure to fill a certain number of prescriptions per day, like the piece below.

https://www.nytimes.com/2020/01/31/health/pharmacists-medication-errors.html