**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT

URL: https://www.nytimes.com/2020/01/31/health/pharmacists-medication-errors.html





CVS Health ranks eighth on the Fortune 500 list and has nearly 10,000 pharmacies across the United States.  Jeenah Moon for The New York Times